### NEW YORK BOARD OF FIRE UNDERWRITERS v. BOUGHAN & CO.
#### (two cases).

#### (Supreme Court, Appellate Term. January 17, 1906.)

ACCOUNT STATED—TEST—MEETING OF MINDS.

> The test of an account stated is that the minds of the parties met as to the amount due, and hence, where defendants never agreed to the account as presented. but approved the bills at a smaller sum, to which plaintiff did not assent, there was no account stated.

> [Ed. Note.—For cases in point, see vol. 1, Cent. Dig. Account Stated, §§ 16, 17.]

Appeal from Municipal Court, Borough of Manhattan, First District.

Actions by the New York Board of Fire Underwriters against Boughan & Company. From two judgments dismissing the complaints, plaintiff appeals. Affirmed.

Argued before SCOTT, P. J., and BLANCHARD and DOWLING, JJ.

Rumsey, Sheppard & Ingalls (John S. Sheppard, Jr., of counsel), for appellant.

John T. Fenlon, for respondents.

PER CURIAM. The test of an account stated is that the minds of the parties met as to the amount due. It is clear that there was no such meeting of minds here. The defendants' letter of December 7, 1904, may well have been understood by plaintiff as stating that the organization represented by Boughan & Co. had assented to the account or bill presented by plaintiff; but the fact was otherwise. The defendant organizations had never agreed to the account as presented, but had approved the bills at a smaller sum. To this smaller sum, however, the plaintiff had never assented, and does not now assent. Hence as to neither sum have the minds of the parties met.

Judgment affirmed, with costs.